IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ABDEL FATTAH,

    Plaintiff,

v.

MARY SABOL, et al.,

    Defendants.

CIVIL ACTION NO. 3:CV-10-1607

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

### ORDER

**NOW**, this 13th day of February, 2014, upon review of the Report and Recommendation of Magistrate Judge Thomas M. Blewitt (Doc. 60) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 60) is **ADOPTED in its entirety**.

(2) Plaintiff may **PROCEED** with his Eighth Amendment constitutional claims under § 1983, *i.e.*, denial of proper medical care and conditions of confinement claims (First and Third Causes of Action), only as against Defendants Rackovan, Somich, Granlund, and Dr. Symonds.

(3) The matter is **RECOMMITTED** to Magistrate Judge Blewitt for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge