**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ABDEL FATTAH,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN T. SYMONS, D.O., *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 3:CV-10-1607<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE SAPORITO) |

## ORDER

**NOW**, this 16th day of September, 2015, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Saporito's Report and Recommendation (Doc. 105) is **ADOPTED**.

(2) Defendant John T. Symons' Motion to Dismiss the Second Amended Complaint (Doc. 81) is **GRANTED**.

(3) Plaintiff is granted **twenty-one (21) days** from the date of entry of this Order to file a third amended complaint.

(4) The action is **RECOMMITTED** to Magistrate Judge Saporito for further proceedings.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge