**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ABDEL FATTAH, | |
|     Plaintiff, | CIVIL ACTION NO. 3:CV-10-1607 |
|     v. | (JUDGE CAPUTO) |
| JOHN T. SYMONS, D.O., *et al.*, | (MAGISTRATE JUDGE SAPORITO) |
|     Defendants. | |

## ORDER

**NOW**, this 4th day of November, 2016, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Saporito's Report and Recommendation (Doc. 134) is **ADOPTED in part and REJECTED in part.**.

(2) Defendant John T. Symons' Motion to Dismiss the Third Amended Complaint (Doc. 121) is **DENIED**. Plaintiff Abdel Fattah is allowed to proceed on the following claims against Defendant John T. Symons:

    (a) failure to "set up a treatment plan [for Plaintiff's eating disorder], order specific methods of care for [Plaintiff's] medical needs, [and] prescribe medications." (Doc. 119, ¶¶ 130-138);

    (b) failure to correct "unsanitary condition[s]" with respect to Plaintiff's surgically implanted feeding tube and the gastric feeding process used to provide him with nourishment. (*Id*., at ¶¶ 139-143); and

    (c) failure to reinstate Plaintiff's scheduled gastric feedings and failure to intervene when Plaintiff was denied food for nearly a month. (*Id*., at ¶¶ 153-154).

(3) Defendant John T. Symons and the other remaining defendants are directed to respond to the Third Amended Complaint within **fourteen (14) days** from the date of entry of this Order.

(4) The action is **RECOMMITTED** to Magistrate Judge Saporito for further proceedings.

                                                                /s/ A. Richard Caputo
                                                                 A. Richard Caputo
                                                                 United States District Judge