**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ABDEL FATTAH, <br><br> Plaintiff, <br><br> v. <br><br> JEFF RACKOVAN, *et al.*, <br><br> Defendants. | NO. 3:10-cv-1607 <br><br> (JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 18th day of December, upon review of the Report and Recommendation of Magistrate Judge Arbuckle (Doc. 202), **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 202) is **ADOPTED**.

(2) Defendants Rackovan, Somich, and Granlund's Motion for Summary Judgment (Doc. 155) is **GRANTED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge