# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ABDEL FATTAH,

    Plaintiff,

v.

JEFF RACKOVAN, *et al.*,

    Defendants.

NO. 3:10-cv-1607

(JUDGE CAPUTO)

## ORDER

**NOW**, this 12th day of February, 2020, upon review of the Report and Recommendation of Magistrate Judge Arbuckle (Doc. 204), **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 204) is **ADOPTED**.

(2) Defendant, Dr. Symon's Motion for Summary Judgment (Doc. 154) is **GRANTED**.

(3) Judgment is **ENTERED** in favor of Dr. Symons and **AGAINST** Plaintiff, Abdel Fattah on both remaining counts, Count I and Count III.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

                                  /s/ A. Richard Caputo
                                  A. Richard Caputo
                                  United States District Judge