IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDEL FATTAH, | No. 3:10-CV-01607 |
| Plaintiff, | (Judge Brann) |
| v. | |
| JEFF RACKOVAN, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 15th day of September 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss Notice of Appeal, Doc. 216, is **DENIED**.

2. Plaintiff's Motion to Amend/Correct Notice of Appeal, Doc. 219, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge